McKEE v. POLLOCK.

(Supreme Court, Appellate Term. January 5, 1911.)

APPEAL AND ERROR (§ 113*)—ORDERS APPEALABLE—ORDER VACATING DEFAULT.
    An appeal does not lie from an order opening a default and setting the case for trial.
    [Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. § 766; Dec. Dig. § 113.*]

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by Robert A. McKee against Frank V. Pollock. From an order opening a default and setting the case for trial, plaintiff appeals. Appeal dismissed.

Argued before GIEGERICH, BRADY, and GAVEGAN, JJ.

Graham & Stevenson, for appellant.
Bernheim & Loewenthal, for respondent.

PER CURIAM. This is an appeal from an order opening a default and setting the case down for trial. An appeal will not lie from such an order.

Appeal dismissed, with $10 costs.

---

CASTELL v. STERLING FIRE INS. CO.

(Supreme Court, Appellate Term. January 5, 1911.)

CORPORATIONS (§ 668*)—FOREIGN CORPORATIONS—PROCESS.
    Service on a representative of a corporation authorized to do business in the state did not give jurisdiction over a foreign corporation not so authorized, for which the former corporation acted as agent.
    [Ed. Note.—For other cases, see Corporations, Cent. Dig. §§ 2603–2627; Dec. Dig. § 668.*]

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by Samuel Castell against the Sterling Fire Insurance Company. From a judgment in favor of plaintiff, defendant appeals. Reversed.

See, also, 125 N. Y. Supp. 788.

Argued before GIEGERICH, BRADY, and GAVEGAN, JJ.

Louis H. Porter, for appellant.
Van Iderstine, Badger & Barker, for respondent.

PER CURIAM. The papers show that the person served was a representative of a corporation authorized to do business within the state, and which acts as the agent of the defendant, a foreign corporation not so authorized. While service on the person served might be said to confer jurisdiction over the corporation employing him, it is

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes